**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE COLE, an individual; and NATHANIEL COLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PURE BIRTHS PREGNANCY AND WELLNESS, INC.; TIFFANY GALO, L.M., C.P.M., an individual; STEPHANIE PILHMANN, C.N.M., an individual; NATHANA L. LURVEY, M.D., an individual; and DIGNITY HEALTH – CALIFORNIA HOSPITAL MEDICAL CENTER,<br><br>Defendants. | Case No. 2:25-cv-10332-SPG-KES<br><br>**ORDER CLOSING CASE AND DENYING PENDING MOTIONS AS MOOT [ECF NOS. 12, 21, 35] [JS-6]** |

Before the Court is the Stipulation to Dismiss Entire Action, (ECF No. 35 ("Stipulation")), signed by Plaintiffs Danielle and Nathaniel Cole ("Plaintiffs") and Defendant Pure Births Pregnancy and Wellness, Inc. ("Pure Births"). Plaintiffs previously stipulated to dismiss their claims against the other named Defendants, leaving Pure Births as the sole remaining Defendant. (ECF Nos. 31, 32, 34). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is effective to dismiss this action without a Court order.

Because Plaintiffs have stipulated to dismiss this action, the Court hereby DENIES, as moot, the pending motions at ECF No. 12 and 21. The Clerk is directed to close this action.

**IT IS SO ORDERED.**

Dated: July 16, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE